IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VACUMET CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:02-cv-176 (LMB) |
| ) | |
| VACMET PACKAGINGS (INDIA) PVT., LTD., ) | |
| ) | |
| Defendant. ) | |

## ORDER

On July 13, 2016, plaintiff was ordered to show cause within seven (7) days as to why defendant's Motion to Vacate the Final Stipulated Order Dated August 9, 2002 ("Motion to Vacate") should not be granted. As of close of business on July 20, 2016, plaintiff has not filed any response. Accordingly, and for the reasons stated in the Order issued on July 13, 2016 [Dkt. No. 13], it is hereby

ORDERED that defendant's Motion to Vacate [Dkt. No. 12] be and is GRANTED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 21st day of July, 2016.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge